USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 6 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

KYOCERA WIRELESS CORP.,
                   Plaintiff,

    -against-

DIGITAL TECHNOLOGY LICENSING, LLC.,

                   Defendant.

------------------------------------x

ORDER
09 CV 2567 (GBD)

GEORGE B. DANIELS, District Judge:

    Defendant Digital Technology Licensing LLC's ("DTL"'s) request, dated August 13, 2009, for an extension to September 17, 2009 to respond to Plaintiff Kyocera Wireless Corp.'s ("Kyocera"'s) motion to stay proceedings pending Kyocera's application to the Patent Office to have DTL's patent reexamined, is granted.

    Discovery in this case is stayed until the scheduled October 22, 2009 status conference.

Dated: New York, New York
       August 26, 2009

SO ORDERED:

*[signature]*

GEORGE B. DANIELS
United States District Judge